

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2017

No. 04-16-00788-CV

Danny **ALEXANDER** & Sarah Alexander,
Appellants

v.

**AMERICAN HOME MORTGAGE SERVICING, INC.** as Servicer for Deutsche Bank
National Trust Co., Trustee for Soundview,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-12-0000281
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

    The Appellee's Unopposed Motion for Withdrawal and Substitution of Counsel is GRANTED.

_____
Sandee Bryan Marion, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk